AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GREGORY ALAN WRIGHT,

## May 14, 2020

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| BENTON COUNTY, | ) |
|  | ) |

Civil Action No.   4:19-CV-05253-SAB

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($_____), which includes prejudgment
interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This action is DISMISSED with prejudice for failure to state a claim against Defendant Benton County upon which relief
may be granted, 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2), but without prejudice to Plaintiff pursuing appropriate state
court remedies regarding his conviction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge      STANLEY A. BASTIAN. _____

Date:  5/14/2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Tonia Ramirez _____
*(By) Deputy Clerk*

Tonia Ramirez _____